# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2016

153207

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

JP MORGAN CHASE NATIONAL
ASSOCIATION,
          Plaintiff-Appellee,

v

MICHAEL R. TEANY a/k/a MICHAEL
TEANY,
          Defendant-Appellant.

SC: 153207
COA: 322718
Macomb CC: 2013-002063-CH

_____/

      On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016



Clerk

p1122